IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02028-AP

JUANITA RAEL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

MICHAEL W. SECKAR, ESQ.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

**For Defendant:**

TROY A. EID
United States Attorney

By:    THOMAS H. KRAUS
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. Date Complaint Was Filed: 10/11/06.

    B. Date Complaint Was Served on U.S. Attorney's Office: 10/25/06.

    C. Date Answer and Administrative Record Were Filed: 12/18/06.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

    A. Plaintiff's Opening Brief Due: February 14, 2007.

    B. Defendant's Response Brief Due: March 16, 2007.

    C. Plaintiff's Reply Brief (If Any) Due: April 1, 2007.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.     Plaintiff's Statement:   Plaintiff does not request oral argument.

      B.     Defendant's Statement:  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

      A.     (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 8th day of January, 2007.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
(303) 454-0100
kurt.bohn@usdoj.gov

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant